# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY TAYLOR,<br><br>    Plaintiff,<br><br>    vs.<br><br>NABOR INDUSTRIES, INC.,<br><br><br>    Defendant.<br>_____ | Case No. 1:09-cv-2121-AWO-JLT<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING COMPLAINT WITH PREJUDICE |

Plaintiff is proceeding pro se and in forma pauperis alleging a violation of the Family Medical Leave Act ("FMLA") , 29 U.S.C. § 2612, et seq.  The matter was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 302 and 304.

On January 25, 2010, the Court ordered the dismissal of Plaintiff's complaint with leave to amend.  (Doc. 7).  The order of dismissal was based upon Plaintiff's failure to state an actionable claim under the FMLA.  (Id. at 3-4).  Plaintiff was granted 30 days leave to file an amended complaint.  (Id. at 4).  Plaintiff was warned that failure to file an amended complaint within 30 days would result in a recommendation that this action be dismissed pursuant to Local Rule 110.  (Id. at 5).

On March 1, 2010, the Magistrate Judge filed findings and recommendations recommending that the complaint be dismissed with prejudice, noting that although the time to file an amended complaint had passed, Plaintiff had not filed an amended complaint or sought an extension of time within which to do so. (Doc. 8). The findings and recommendations provided 14 days for any party to file written objections. Although Plaintiff was served by mail on March 1, 2010, he has not filed any objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and <u>Britt v. Simi Valley United School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the findings and recommendation are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 1, 2010, are ADOPTED IN FULL; and
2. The action IS DISMISSED with prejudice for failure to state a claim upon which relief may be granted and for failure to comply with an order of this Court; and
3. The Clerk of Court IS DIRECTED to close this action because this order terminates the action in its entirety.

IT IS SO ORDERED.

**Dated:   March 23, 2010**              **/s/ Anthony W. Ishii**
                                         CHIEF UNITED STATES DISTRICT JUDGE